Opinion issued March 26, 2019



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-19-00057-CV

_____

## IN RE CORAL NICHOLE MORTELL, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Coral Nichole Mortell, has filed a petition for writ of mandamus, seeking an order to reverse the trial court's amended contempt order.[1]

---

[1] The underlying case is *In the Matter of the Marriage of Coral Nichole Mortell v. Patrick Martin Mortell*, cause number 94669-F, pending in the 300th Judicial District Court of Brazoria County, Texas, the Honorable K. Randall Hufstetler presiding.

We **deny** relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We deny any outstanding motions.


## PER CURIAM

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.